# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| JEFFREY STEWART, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-2218-SHL-atc |
| ) | |
| CITY OF COVINGTON, ) | |
| and OFFICER R. GUARIAN #0931, ) | |
| in his official capacity, ) | |
| ) | |
|     Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Jeffrey Stewart's Complaint (ECF No. 1), filed April 14, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 32), filed January 23, 2024, all claims by Plaintiff against Defendants in this matter are hereby **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties will each bear their own costs and attorneys' fees, and the parties will not apply for, or be awarded, any such costs or fees against each other.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 24, 2024
Date